UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference Calendar

Honorable William I. Garfinkel, U. S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room 429

October 27, 2003

10:00 a.m.

*Held*
*2 ½ hours*

3-02-cv-982   (SRU) DePonte v Washington Mutual
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

COUNSEL OF RECORD:

Gary P. Sklaver                  Ullman, Perlmutter & Sklaver, 47 Trumbull
                                St., Po Box 514, New Haven, CT 203-772-2180

Craig S. Taschner               Polivy & Taschner, Six Central Row 2nd
                                Floor, Hartford, CT 860-560-1180

                                BY ORDER OF THE COURT
                                KEVIN F. ROWE, CLERK