UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

\* Telephonic Status of Settlement Conference Calendar

Honorable William I. Garfinkel, U.S. Magistrate Judge
915 Lafayette Boulevard
Bridgeport
Chambers Room #429

November 17, 2003

10:00 a.m.

*Held
30 mins.*

CASE NO. **3:02cv982 (SRU)**    **DePonte v Washington Mutual**

Gary P. Sklaver
Ullman, Perlmutter & Sklaver
47 Trumbull St., Po Box 514
New Haven, CT 06510


Craig S. Taschner
Polivy & Taschner
Six Central Row
2nd Floor
Hartford, CT 06103

\* PLAINTIFF COUNSEL TO INITIATE THE CONFERENCE CALL TO

JUDGE GARFINKEL @ 203-579-5593.

THANKS.


BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK