FILED

2004 APR 14  A 10: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark DePonte | : | CIVIL NO. 3:02CV00982 (SRU) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Washington Mutual Home | : | |
|   Loans, Inc. | : | |
|     Defendant | : | April 13, 2004 |

### PLAINTIFF'S MOTION TO POSTPONE TRIAL CALENDAR CALL AND TO EXTEND TIME TO FILE PRETRIAL MEMORANDUM AND TO MODIFY SCHEDULING ORDER

For the reasons stated below, counsel for the plaintiff requests that the Court (1) postpone the trial calendar call presently scheduled for May 7, 2004 at 11:00 a.m. (2) extend the time to file the pretrial memorandum currently scheduled for April 23, 2004 and (3) modify the scheduling order in this action.

Plaintiff's counsel has conferred with Attorney Craig Taschner who represents the Defendant and Attorney Taschner has no objection and joins

1

in this request.

The reason for this request is that the parties have continued to explore settlement of this claim and feel that they have not exhausted the chances of reaching an agreement. At the last settlement conference with Magistrate Garfinkle, the parties had agreed, with the understanding of Magistrate Garfinkle, to postpone discovery to allow the parties time to explore various settlement options, which options required the collection of various documents and facts and the input of numerous people.

At this time, the parties believe that an additional settlement conference with Magistrate Garfinkle would be beneficial and would request that such a settlement conference be scheduled by the Court. At the suggestion of Judge Underhill's clerk, counsel intend to make a request with Magistrate Garfinkle to schedule such a conference.

If the matter cannot be resolved at this settlement conference, the parties would request permission to establish a new schedule for discovery and disclosures at that time.

This is the third request for modification of the scheduling order filed by the Plaintiff.

Plaintiff Mark DePonte

By /s/
Gary P. Sklaver, Esq.
Fed. Bar. No.: ct07327
Ullman, Perlmutter and Sklaver
47 Trumbull Street, New Haven, Connecticut 06510
Tel: 203 772-2180; Fax 203 772-4631; email gsklaver@yahoo.com

3

## CERTIFICATION

The undersigned certifies that a copy of this motion was mailed by first class mail, postage prepaid, on April 13, 2004 to

Craig Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103
Tel. No. 860 560-1180
Fax No. 860 560-1354
Email: ctashner@aol.com
Fed. Bar No. ct02595

_____
Gary P. Sklaver, Esq.
Ct07327
Ullman, Perlmutter and Sklaver
47 Trumbull Street, New Haven, Connecticut 06510
Tel: 203 772-2180; Fax 203 772-4631; email gsklaver@yahoo.com

4