FILED

2004 APR 14   A 10: 02

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark DePonte | : | CIVIL NO. 3:02CV00982 (SRU) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Washington Mutual Home | : | |
|   Loans, Inc. | | |
|     Defendant | : | April 13, 2004 |

### PLAINTIFF'S MOTION TO POSTPONE TRIAL CALENDAR CALL AND TO EXTEND TIME TO FILE PRETRIAL MEMORANDUM AND TO MODIFY SCHEDULING ORDER

For the reasons stated below, counsel for the plaintiff requests that the Court (1) postpone the trial calendar call presently scheduled for May 7, 2004 at 11:00 a.m. (2) extend the time to file the pretrial memorandum currently scheduled for April 23, 2004 and (3) modify the scheduling order in this action.

Plaintiff's counsel has conferred with Attorney Craig Taschner who represents the Defendant and Attorney Taschner has no objection and joins

1

GRANTED; ABSENT OBJECTION.

SO ORDERED /s/ Stefan R. Underhill, U.S.D.J.

5/6/04