UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| MARK DEPONTE | : |
| | : |
| v. | : Civil Action No. |
| | : 3:02cv982 (SRU) |
| WASHINGTON MUTUAL HOME LOANS, INC. | : |

**REFERRAL TO MAGISTRATE JUDGE**

This case is referred to Magistrate Judge <u>Garfinkel</u> for the following purpose:

___     All purposes except trial, unless the parties consent to trial before the Magistrate Judge (orefcs.)

___     A ruling on all pretrial motions except dispositive motions (orefmisc./dscv)

___     To supervise discovery and resolve discovery disputes (orefmisc./dscv)

___     A ruling on the following motions which are currently pending: (orefm.)

_X_     A settlement conference (orefmisc./cnf)

___     A conference to discuss the following: (orefmisc./cnf) _____

___     Other: (orefmisc./misc) _____

SO ORDERED this 11th day of June 2004, at Bridgeport, Connecticut.

                                                       /s/ Stefan R. Underhill
                                                       Stefan R. Underhill
                                                       United States District Judge