UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark DePonte | : | CIVIL NO. 3:02CV00982 (SRU) |
| Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Washington Mutual Home Loans, Inc. | : | |
| | : | |
| Defendant | : | November 22, 2004 |

MOTION FOR MODIFICATION OF SCHEDULING ORDER

In accordance with the order of the Court to file a scheduling order, the Plaintiff and Defendant hereby submit the following proposed scheduling order. Because the parties have been engaged in active settlement discussions, a firm scheduling order has not as yet been established. While the parties are still hopeful that a settlement can be agreed upon, they are prepared to establish a scheduling order as follows:

Plaintiff's counsel has spoken with Defendant's counsel Craig Taschner who has indicated that he has no objection to this motion and joins with the

1

Plaintiff in making this request.

This is the fourth request for modification of the scheduling order filed by the Plaintiff.

The new dates requested for the scheduling order are as follows:

a. All discovery, including depositions of expert witnesses pursuant to Fed. R. Civ. P. 26(b)(4), will be completed (not propounded) by July 30, 2005.

b. Plaintiff to designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by April 30, 2005. Depositions of any such experts will be completed by May 30, 2005.

c. Defendant will designate all trial experts and provide opposing counsel with reports from retained experts pursuant to Fed. R. Civ. P. 26(a)(2) by June 30, 2005. Depositions of any such experts will be completed by July 30, 2005.

d. A damages analysis will be provided by any party who has a

claim or counterclaim for damages by April 30, 2005.

 e. Dispositive Motions

Dispositive motions will be filed on or before September 30, 2005.

 f. Joint Trial Memorandum

The joint trial memorandum required by the Standing Order on Trial Memoranda in Civil Cases will be filed by October 30, 2005 or within 30 days of any decision on a dispositive motion, whichever is later.

 g. Trial Readiness

The case will be ready for trial by November 1, 2005

Plaintiff Mark DePonte

By /s/ Gary P. Sklaver
Gary P. Sklaver, Esq.
Fed. Bar. No.: ct07327
Ullman, Perlmutter and Sklaver
47 Trumbull Street, New Haven, Connecticut 06510
Tel: 203 772-2180; Fax 203 772-4631; email gsklaver@yahoo.com

## CERTIFICATION

The undersigned certifies that a copy of this motion was mailed by first class mail, postage prepaid, on November 22, 2005 to

Craig Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103
Tel. No. 860 560-1180
Fax No. 860 560-1354
Email: ctashner@aol.com
Fed. Bar No. ct02595

/s/ Gary P. Sklaver
Gary P. Sklaver, Esq.
Ct07327
Ullman, Perlmutter and Sklaver
47 Trumbull Street, New Haven, Connecticut 06510
Tel: 203 772-2180; Fax 203 772-4631; email gsklaver@yahoo.com