FILED

2005 DEC -2 A II: 54

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark DePonte | : | CIVIL NO. 3:02CV00982 (SRU) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Washington Mutual Home | : | |
| Loans, Inc. | : | |
|     Defendant | : | December 1, 2005 |

## MOTION FOR EXTENSION OF TIME TO SUBMIT PRETRIAL MEMORANDUM AND TO REQUEST A SETTLEMENT CONFERENCE

The Plaintiff Mark DePonte, by his counsel Gary P. Sklaver, with the consent and agreement of Defendant's counsel, Craig Taschner, moves the Court to suspend the date for filing a pretrial memorandum which is currently set for December 16, 2005 and to not set a new date at this time. The reason for this request is that the parties have reached a settlement agreement, subject to the parties reducing the same to writing and agreeing (1) upon the particular language to insure that the Plaintiff's credit reports will be properly modified to remove all adverse information submitted by the Defendant and

1

(2) upon the particular language of a letter of explanation from the Defendant to Plaintiff's other creditors who may have taken adverse action against him because of the Defendant's trade line in the Plaintiff's credit report. The parties anticipate that this can be accomplished within the next thirty days.

The Plaintiff, again with the consent of the Defendant's counsel, Craig Taschner, also requests that the time to request a settlement conference which is currently December 1, 2005 be extended until January 5, 2006 to allow the parties the ability to request such a conference if they should require the assistance of the Court to finalize the terms of the settlement agreement.

Plaintiff's counsel has spoken with Defendant's counsel Craig Taschner who has indicated that he has no objection to this motion and joins with the Plaintiff in making this request.

This is the first request filed by the Plaintiff for extension of time to file pretrial memorandum and to request a settlement conference.

2

Plaintiff Mark DeFonte

By _____
Gary P. Sklaver, Esq.
Fed. Bar. No.: ct07327
Licari & Walsh, LLC
105 Court Street, New Haven, Connecticut 06511
Tel: 203 752-1450; Fax 203 752-1401; email gsklaver@yahoo.com

## CERTIFICATION

The undersigned certifies that a copy of this motion was mailed by first class mail, postage prepaid, on December 1, 2005 to

Craig Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103
Tel. No. 860 560-1180
Fax No. 860 560-1354
Email: ctashner@aol.com
Fed. Bar No. ct02595

_____
Gary P. Sklaver, Esq.
Ct07327
Licari & Walsh, LLC
105 Court Street, New Haven, Connecticut 06511
Tel: 203 752-1450; Fax 203 752-1401; email

3