



FILED

2006 JAN -4 P 12: 50

U.S. DISTRICT COURT
BRIDGEPORT, CONN

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| Mark DePonte | : | CIVIL NO. 3:02CV00982 (SRU) |
|     Plaintiff | : | |
| | : | |
| vs. | : | |
| | : | |
| Washington Mutual Home | : | |
|   Loans, Inc. | : | |
|     Defendant | : | December 29, 2005 |

## STIPULATION FOR DISMISSAL OF ACTION

The Plaintiff and all Defendant, by counsel, pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, stipulate that the above action be and is voluntarily dismissed with prejudice.

Dated: 12/29/05    The Plaintiff

By /s/ _____
Gary P. Sklaver, Esq.
Their Attorney
Fed Bar No.: ct07327
47 Trumbull Street, New Haven, CT 06510
Telephone: 203 772-2180; Fax: 203 772-4631
email: gsklaver@yahoo.com

**LICARI & WALSH, LLC**
105 COURT STREET, NEW HAVEN, CONNECTICUT 06511
---
(203) 752-1450
FAX (203) 752-1401

The Defendant
by *[signature]*
Craig Taschner, Esq.
Polivy & Taschner, LLC
Six Central Row, 2nd Floor
Hartford, CT 06103
Tel. No. 860 560-1180
Fax No. 860 560-1354
Email: ctashner@aol.com
Fed. Bar No. ct02595